**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 199 WAL 2023

         Respondent                :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

             v.                        :

                                          :

HUI XU,                                        :

             Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.